**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SAM JOHNSON, | ) | NO. CV 15-5925-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 10, 2015.

/s/ David O. Carter
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE